**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

MEMO ENDORSED

The Court grants the Government's request for an adjournment. The VOSR conference is adjourned from July 30, 2026 at 2 p.m. to September 1, 2026 at 11 a.m. The Clerk of Court is directed to terminate the motion at ECF No. 578.
Dated: July 24, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: ***United States v. Trequon Dancy*, 17 Cr. 506 (NSR)**

Dear Judge Román:

The Government writes to respectfully request an adjournment of the upcoming violation of supervised release ("VOSR") conference in the above-captioned matter. Defense counsel consents to this request.

On July 1, 2026, defendant Trequon Dancy appeared before the Honorable Judith C. McCarthy and was arraigned on an eight-specification VOSR petition charging violations of supervised release in connection with an alleged domestic violence incident in violation of state law. The defendant denied all specifications and, after a bail hearing, was detained. On the same day, an initial appearance was scheduled before this Court on the VOSR for July 30, 2026 at 2:00 p.m.

The Government has since received a *Writ of Habeas Corpus Ad Prosequendum* from the County Court of the State of New York in Dutchess County, issued on July 22, 2026, in connection with a proceeding in the parallel state case. The state proceeding at which the defendant is scheduled to appear is in Poughkeepsie City Court on the morning of July 30, 2026. As the state proceeding is on the same date as the conference in federal court, it is unlikely that the defendant will be able to appear at both on the same day.

[*Continued on the next page.*]

In light of the foregoing, the Government respectfully requests an adjournment of the upcoming VOSR conference, to allow the defendant to attend the proceeding in the parallel state case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________________
Victoriya Levina
Assistant United States Attorney
(914) 993-1952

cc: James Neuman, Esq. (By ECF and Email)
Jana Nieman, U.S. Probation (By Email)