**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

MEMO ENDORSED

November 23, 2026

**BY ECF**

The Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**The upcoming VOSR conference currently scheduled for December 3, 2026 is hereby adjourned until February 17, 2026 at 2:00 PM.**

**Dated: November 25, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re: ***United States v. Trequon Dancy*, 17 Cr. 506 (NSR)**

Dear Judge Román:

The Government respectfully submits this status update and second letter motion requesting an adjournment of approximately 90 days of the Violation of Supervised Release ("VOSR") conference scheduled for December 3, 2026. Defense counsel consents to this request.

As the Court is aware, on July 1, 2026, defendant Trequon Dancy was arraigned on an eight-specification VOSR petition in connection with an alleged domestic violence incident in violation of state law, among additional unrelated conduct. The defendant denied all specifications and, after a bail hearing, was detained. During an initial conference on September 1, 2026, Your Honor denied the defendant's oral bail application.

On August 25, 2026, a Dutchess County grand jury returned a six-count indictment against the defendant in the parallel state proceeding. On September 11, 2026, the defendant was arraigned on the state indictment and pled not guilty. On September 23, 2026, the Government filed a consent letter motion requesting an adjournment of further VOSR proceedings to permit the state case to progress. On September 25, 2026, the Court granted the request and adjourned the next VOSR conference to December 3, 2026. The Government understands that the state case remains in pretrial proceedings and that several pretrial conferences have been scheduled for December 2026 and January 2027 in Dutchess County Court.

[*Continued on the next page.*]

In light of the ongoing parallel state proceeding, the Government respectfully requests an adjournment of approximately 90 days to allow the state case to resolve. The Government will update the Court if the defendant's state case reaches a pretrial resolution in the interim period.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ____________________________
Victoriya Levina
Assistant United States Attorney
(914) 993-1952

cc: James Neuman, Esq. (By ECF and Email)
Jana Nieman, U.S. Probation (By Email)